IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CENTRAL BUCKS SCHOOL DISTRICT | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-1128 |
| | : | |
| Q. M., M. M., T. M. | : | |

## ORDER

AND NOW, this 29th day of November 2022, upon considering Defendants' Motion for reimbursement of reasonable fees and costs as a prevailing party (ECF Doc. No. 46), Plaintiff's Objections (ECF Doc. No. 47), Defendants' Reply (ECF Doc. No. 48), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendants' Motion (ECF Doc. No. 46) is **GRANTED in part** and **DENIED in part** as we sustain Plaintiff's objections in part; and,

2. We enter **JUDGMENT** in favor of Defendants and against Plaintiff for **$150,178.39** consisting of **$144,283.20** in reasonable attorney's fees and **$5,895.19** in reasonable costs (including reimbursement of **$765.99** in expert's unchallenged out-of-pocket costs).

KEARNEY, J.